## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| CHARLES W. AND RACHEL (SHELLY) ALLEN | * | CIVIL ACTION NO.: 07-cv-3601 |
|---|---|---|
| versus | * | JUDGE: LIVAUDAIS |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. CHASEZ |

## ORDER

**IT IS ORDERED** that all claims against State Farm Fire and Casualty Company brought by **CHARLES W. AND RACHEL (SHELLY) ALLEN,** plaintiff herein, be and are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this  9th  day of        December        , 2008.

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3